IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEAN KRAKAUER and ROBBIN KRAKAUER, | ) CIV NO 09-00518 ACK-BMK<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| INDYMAC MORTGAGE SERVICES, A DIVISION OF ONEWEST BANKE, FSB, A FEDERAL SAVINGS BANK; ONEWEST BANK, FSB; AND DOES 1-20 | )<br>)<br>)<br>)<br>)<br>) |
| Defendants.<br>_____ | )<br>) |
| INDYMAC MORTGAGE SERVICES, A DIVISION OF ONEWEST BANK, FSB, A FEDERAL SAVINGS BANK; ONEWEST BANK, FSB, | )<br>)<br>)<br>)<br>) |
| Counterclaimants, | )<br>) |
| vs. | )<br>) |
| DEAN KRAKAUER and ROBBIN KRAKAUER, | )<br>)<br>) |
| Counterclaim Defendants.<br>_____ | )<br>) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation (ECF No. 174) having been filed and served

on all parties on July 19, 2013, and no objections having been filed by any party,

    IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Defendants' Motion For Attorneys' Fees Be Granted" (ECF No. 174)  are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawai'i, August 15, 2013.



_____
Alan C. Kay
Sr. United States District Judge

Krakauer, et al. v. IndyMac Mortgage Services, et al., Civ. No. 09-00518 ACK-BMK: Order Adopting Magistrate Judge's Findings and Recommendation.